UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MIKE BROWNE,<br><br>               Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN,<br><br>               Defendant. | CASE NO. C15-1661JLR<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND AWARDING ATTORNEY'S FEES |

The court has reviewed Plaintiff's motion for attorney's fees (Dkt. # 19), the memoranda of the parties (Dkt. ## 20, 21), the Report and Recommendation of United States Magistrate Judge Brian A. Tsuchida (Dkt. # 23), Defendant's objections to the Report and Recommendation (Dkt. # 24), and Plaintiff's response to the objections (Dkt. # 25). It is ORDERED:

(1)      The court adopts the Report and Recommendation but awards additional fees in recognition of Plaintiff's counsel's work following entry of the Report and Recommendation.

(2)      Plaintiff's motion for attorney fees (Dkt. # 19) is GRANTED.

(3) The court AWARDS Equal Access to Justice Act ("EAJA") fees of $4,151.33 to Plaintiff pursuant to *Astrue v. Ratliff*, 130 U.S. 2521 (2010).

(4) Subject to any offset allowed under the Treasury Offset Program, payment of this award shall be made via check sent to Attorney Victoria B. Chhagan's address: Douglas, Drachler, McKee & Gilbrough, 1904 Third Avenue, Seattle, WA 98101. If the EAJA fees and expenses are not subject to any offset, the EAJA attorney fees will be paid directly to the order of Victoria B. Chhagan.

(5) The clerk shall direct copies of this Order to all counsel and to Judge Tsuchida.

DATED this 17th day of October, 2016.

JAMES L. ROBART
United States District Judge